UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFEREY S. NEDD,<br><br>        Plaintiff,<br><br>   v.<br><br>CHARLES BARRETT,<br><br>        Defendant. | Case No. 1:25-cv-01033-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 15)<br><br>ORDER DENYING MOTION TO AMEND COMPLAINT AND MOTION FOR 30-DAY EXTENSION OF TIME<br><br>(Docs. 17, 18) |

Plaintiff Jefferey S. Nedd, a state prisoner proceeding pro se and in forma pauperis, initiated this action with the filing of a complaint on August 15, 2025. Doc. 1.

On September 4, 2025, the assigned magistrate judge entered the first screening order, finding that plaintiff failed to plead any cognizable claims, and granted plaintiff leave to amend. Doc. 6. Plaintiff filed his first amended complaint on September 24, 2025. Doc. 13. On November 20, 2025, the magistrate judge issued findings and recommendations to dismiss the complaint for failure to state a claim upon which relief can be granted. Doc. 15. The magistrate judge noted that plaintiff's complaint improperly asserted habeas corpus claims in this civil rights action. The Court served the findings and recommendations and provided plaintiff 21 days to file

objections. *Id.* at 9.

On December 5, 2025, plaintiff filed a motion to amend the complaint (Doc. 17) and, on December 29, 2025, plaintiff filed a motion for a 30-day extension of time within which to file additional documents. Doc. 18. In neither filing does plaintiff address the issues raised in the findings and recommendations nor include any objections thereto; and neither document provides a basis for the Court to reject the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. Plaintiff's motion to amend the complaint, Doc. 17, and motion for 30-day extension of time, Doc. 18, are denied.

2. The findings and recommendations, Doc. 15, issued on November 20, 2025, are adopted in full;

3. Plaintiff's complaint is dismissed for failure to state a claim; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    March 1, 2026

UNITED STATES DISTRICT JUDGE

2